UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAOLA V. PARRA,

    Plaintiff,

v.                                            Case No:   6:22-cv-823-RBD-EJK

M.U. CONSULTANTS L.L.C. and
USMAN TANVEER,

    Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediation Report filed on August 31, 2022, (Doc. 22), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 6, 2022.

ROY B. DALTON JR.
United States District Judge